UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN E. SHIRE,<br><br>                              Plaintiff,<br><br>             -against-<br><br>CHIEF JUSTICE JOHN G. ROBERTS JR., ET AL.,<br><br>                              Defendants. | 25-CV-6943 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 24, 2025, the Court directed Plaintiff Justin E. Shire, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

A review of Public Access to Court Electronic Records ("PACER") shows that Plaintiff and co-plaintiffs have previously filed approximately 12 civil actions in federal courts around the country, all of which have been dismissed for substantive or procedural deficiencies. This Court previously warned Shire and his co-plaintiffs that if they continue to engage in frivolous or malicious litigation, the Court could order them to show cause why they should not be barred, under 28 U.S.C. § 1651, from filing future actions IFP unless they receive prior permission. *See Dean, et al. v. Carro*, No. 24-CV-10075 (LTS) (S.D.N.Y. June 3, 2025) (listing litigation history and issuing warning). That warning remains in effect. *Sledge v. Kooi*, 564 F.3d 105, 109-10 (2d Cir. 2009) (discussing circumstances where frequent *pro se* litigant may be charged with knowledge of particular legal requirements).

## CONCLUSION

The complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff is warned that the Court could impose a filing injunction if he persists in engaging in frivolous or malicious litigation in this district.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment dismissing this case.

SO ORDERED.

Dated:   November 18, 2025
        New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge