UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN E. SHIRE,<br><br>                    Plaintiff,<br><br>-against-<br><br>CHIEF JUSTICE JOHN G. ROBERTS JR., ET AL.,<br><br>                    Defendants. | 25-cv-6943 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the November 18, 2025, order, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. Plaintiff is warned that the Court could impose a filing injunction if he persists in engaging in frivolous or malicious litigation in this district.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 19, 2025
               New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                             Chief United States District Judge